HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

XOCHI ROSE,

    Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

Case No. 2:17-cv-1900-RAJ

**ORDER**

This matter is before the Court on Plaintiff's "Motion to Reopen Case." Dkt. # 19. Plaintiff filed an Amended Complaint on January 18, 2018, and later moved to voluntarily dismiss this case in April 2018. Dkt. ## 11, 18. Plaintiff's case was then dismissed without prejudice on April 5, 2018. On January 18, 2019, Plaintiff made the present filing. Dkt. # 19.

Here, Plaintiff's "Motion" is, in reality, a one-line proposed order and a smattering of exhibits. Dkt. # 19. This submission fails to comply with this Court's Local Rule 7 and Federal Rule of Civil Procedure 7. Moreover, the Court cannot tell from this collection of documents what grounds exist for reopening this case, as Plaintiff does not provide any. Although Plaintiff's filing includes various documents purportedly verifying Plaintiff's competency and pendency of other actions in Skagit County, Plaintiff does not explain why this necessitates reopening this voluntarily dismissed case. *Id.*

ORDER – 1

Accordingly, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's "Motion to Reopen Case." Dkt. # 19. The Court strongly encourages Plaintiff to review the Court's website at www.wawd.uscourts.gov, where they will find resources for *pro se* parties, including the Court's Local Rules.

DATED this 2nd day of April, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 2